```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| PAMELA TAYLOR, | ) | CASE NO. 5:05 CV 2611 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| TARA GIBSON, et al., | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

Date: December 15, 2005          <u>s/John R. Adams</u>
                                 JOHN R. ADAMS
                                 UNITED STATES DISTRICT JUDGE